UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 15-385 CRB |
| Plaintiff, ) | [PROPOSED] DETENTION ORDER |
| v. ) | |
| JAMES RAY GEORGE, ) | |
| Defendant. ) | |

On July 30, 2015, Defendant James Ray George was charged by federal indictment with one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g). This matter came before the Court on August 17, 2015, for a detention hearing. Mr. George was present and represented by Federal Public Defender Steven Kalar. Assistant United States Attorney Rita Lin appeared for the Government.

Pretrial Services submitted a report that recommended that Defendant be detained. A representative of Pretrial Services was present at the hearing. The Government moved for detention, and Defendant opposed. Proffers and arguments regarding detention were submitted by the parties at the hearing.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of

conditions will reasonably assure the appearance of Defendant or the safety of the community, as required. Accordingly, Defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1). As noted on the record, the Court makes the following findings as a basis for its conclusion that no condition or combination of conditions will reasonably assure the appearance of Defendant or the safety of the community, as required. As to the risk of non-appearance, Defendant has had a long history of probation and parole violations, as well as bench warrants. Defendant has no bail resources and no sureties willing to step forward to guarantee his presence. In addition, Defendant poses a danger to the community, based on his lengthy criminal history and numerous felonies as well as his longstanding history of probation and parole violations.

The Court therefore concludes that no condition or combination of conditions will reasonably assure the appearance of Defendant or the safety of the community, as required. These findings are made without prejudice to Defendant's right to seek review of his detention should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

IT SO ORDERED.

DATED: 9/2/15

Honorable Joseph C. Spero
Chief United States Magistrate Judge

DETENTION ORDER
Case No. CR 15-385 CRB          2