UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>           Plaintiff,<br>    v.<br>GEORGE,<br>           Defendant. | Case No. 15-cr-00385-CRB-1  (SVK)<br><br>**ORDER OF DETENTION PENDING REVOCATION HEARING**<br><br>dktprompt |

In accordance with the Bail Reform Act, 18 U.S.C. §§ 3142, 3143(a) and Fed. R. Crim. P. 32.1, the United States moved for detention of defendant James Ray George, pending a hearing before the district judge on revocation of his supervised release. The Court held a public telephonic detention hearing on May 21, 2020. Defendant consented to proceeding telephonically in light of the current public health restrictions. AUSA Oki, AFPB Gantar and Probation Officer Maynor also appeared telephonically.

Defendant bears the burden of offering clear and convincing evidence that he will not flee or fail to appear and that he will not pose a danger to another person or the community. Fed. R. Crim. P. 32.1(a)(6). Having considered the factors set forth in 18 U.S.C. § 3142(g) and the matters in the petition, the proffers of counsel for Defendant and for the United States, and the verbal report of the probation officer, the Court concludes that Defendant has not met his burden.

Defendant's original offense was one count of violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm. At the time of the subject charge, Defendant had a pending Form 12 violation for which a revocation hearing is set on June 17, 2020. The subject charge arose on May 16, 2020, leading to an amended Form 12 alleging a violation of mandatory condition that he not commit another federal, state or local crime. Dkt. 43. On May 16, 2020, Defendant is alleged

to have been in a verbal altercation during which Defendant brandished a black firearm and threatened the victim.  The charge describes video footage of the incident.  Defendant was charted with violating California Penal Code section 417(a)(2) – Exhibiting a firearm and California Penal Code section 422(a) – Criminal Threats.  In response to the Government's motion for detention, counsel for Defendant argued that Defendant was not a danger to the community as no firearm was recovered at the scene.  Defense counsel further urged that Defendant reside with family or at a half-way house pending his revocation hearing.  The Court does not find the proffer in response to the alleged violation sufficient to demonstrate by clear and convincing evidence that the Defendant does not pose a risk of danger to the community pending his revocation hearing, and the Court is not persuaded that any conditions or combinations of conditions of release could be set to reasonably assure the safety of other persons and the community.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

Dated: May 21, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge